IN THE SUPREME COURT.                    73

Von Glahn *v.* Von Glahn.      Reed *v.* Curry.

## Von Glahn *v.* Von Glahn.

40a  73
66a  490

(April Term, 1867.)

CERTIORARI — *when affidavit required.* A suggestion of diminution of record, as the basis for an application for a writ of *certiorari,* should be supported by affidavit showing the fact of diminution, where that fact does not appear from the face of the record itself.

MR. KNOWLTON, for the plaintiff in error, suggested a diminution of the record in this case, in this, that the answer of the defendant below to the bill of complaint did not appear in the transcript of the record returned into this court, and asked that a writ of *certiorari* be awarded, that the deficiency in the record might be supplied.

Per CURIAM: The transcript of the record now before the court does not show that there was an answer filed in the court below, and the clerk has certified that it is a complete transcript of the record. We must presume, therefore, that this is a complete transcript, until there is some evidence, as by affidavit, to the contrary.

*Certiorari refused.*